Commonwealth ex rel. Muhlfelder *v.* Muhlfelder,
Appellant.

Argued March 12, 1973. *Harry B. Goldberg*, with him *Gold-*

754

*berg, Evans & Katzman,* for appellant; *H. Krug,* with him *John W. Purcell,* and *Schaefer, Purcell & Nissley,* for appellee.

Order affirmed.